# Exhibit 1

### Index of Materials Being File

1-A.   Plaintiff's Original Petition

1-B.   Citation issued to Emmert Industrial Corporation dba
Emmert International Corporation

1.C.   State Court Docket Sheet

1-D.   List of all counsel of record

CAUSE NO. 2009-03052

| | | |
|---|---|---|
| COPELAND EQUIPMENT PARTS, INC. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | 280 JUDICIAL DISTRICT |
| EMMERT INDUSTRIAL | § | |
| CORPORATION DBA EMMERT | § | |
| INTERNATIONAL CORPORATION | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURE AND REQUEST FOR ADMISSIONS

1.    DISCOVERY LEVEL:

Plaintiff's claim, excluding interest, costs and attorney fees exceeds $50,000.00.

Plaintiff elects Discovery Plan "Level Two" pursuant to Texas Rules of Civil Procedure.

2.    PARTIES:

A.    COPELAND EQUIPMENT PARTS, INC. is "Plaintiff".    Plaintiff is

represented by WILLIAM C. BOYD of Patterson, Boyd & Lowery, P.C., 2101 Louisiana,

Houston, Texas 77002.

B.    EMMERT    INDUSTRIAL    CORPORATION    DBA    EMMERT

INTERNATIONAL CORPORATION is "Defendant".    Defendant may be served with

process by serving their Registered Agent for service, CHRISTOPHER R. WARD, at the

registered address of the corporation, 901 Main Street, Ste. #4400, Dallas, Dallas

County, Texas 75202-3729.

EXHIBIT 1-A

3.   JURISDICTION AND VENUE.

The amount involved is approximately **$93,082.31**.  Plaintiff's claim is for sworn account for services and/or materials furnished in Harris County.  This Court has jurisdiction and venue is proper in Harris County, Texas.

4.   FACTS.

Plaintiff provided services and/or materials to Defendant.  The reasonable and customary value for the services and/or materials is approximately **$93,082.31**.  Demand for payment has previously been made but payment has not been received.  Plaintiff seeks recovery of its account.  The account is just and true.  All offsets, credits and payments have been allowed.  All acts by Plaintiff have been conducted in a commercially reasonable manner and all conditions precedent to filing suit have been performed.

5.   CAUSES OF ACTIONS.

A.   Sworn Account.

On the dates reflected in the account attached as Exhibit "A", Plaintiff, at the instance of Defendant, furnished services and/or materials to Defendant.  The account is delinquent.  The account is just and true.  All off-sets, credits and payments have been allowed, and there is presently due and owing to Plaintiff by Defendant the sum of **$93,082.31**.

B.   Breach of Contract.

Alternatively, Plaintiff says that on or about the dates reflected in Exhibit "A", for valuable consideration Plaintiff and Defendant entered into a contract whereby Plaintiff agreed to furnish the services and/or materials in said account to Defendant, and Defendant agreed to pay reasonable value for said services and/or materials as reflected

therein.  Plaintiff has substantially performed the contract and all conditions precedent to filing suit, but Defendant has breached the contract by failing to pay.  Further, Plaintiff has acted in a commercially reasonable manner with respect to all acts and omissions of Plaintiff.  As a proximate result of the breach, Plaintiff has been damaged in the amount of **$93,082.31**.

      C.     <u>Breach of Implied Contract</u>.

Alternatively Plaintiff and Defendant, for valuable consideration entered into an implied contract whereby Plaintiff agreed to furnish the services and/or materials described in Exhibit "A" to Defendant.  The contract is evidenced by the writing attached as Exhibit "A".  Plaintiff has substantially performed the contract and all conditions precedent to filing suit.  Defendant has breached the contract.  Plaintiff has been damaged in the sum of **$93,082.31** as a proximate result of the breach.

      D.     <u>Unjust Enrichment</u>.

Alternatively Defendant has been unjustly enriched at Plaintiff's detriment in the amount of **$93,082.31**.  Plaintiff seeks recovery of the unjust enrichment.

      E.     <u>Quantum Meruit</u>.

Alternatively Plaintiff seeks recovery from Defendant in the amount of **$93,082.31** on the theory of quantum meruit.

Plaintiff has furnished valuable services and/or materials to Defendant which services and/or materials has benefited Defendant.  Plaintiff expected to be compensated.  A reasonable value for the services and/or materials is **$93,082.31**.

F.   <u>Reasonable and Necessary Attorney Fees.</u>

Plaintiff is entitled to recover reasonable and necessary attorney fees.  Plaintiff has retained the law firm of Patterson, Boyd & Lowery, P.C. to file suit and has agreed to pay a reasonable fee to the law firm.   All demands and conditions precedent have been performed.  Plaintiff requests Judgment against Defendant in favor of Plaintiff's lawyers, Patterson, Boyd & Lowery, P.C. for reasonable attorney fees of not less than **$30,694.00**.

G.   <u>Prejudgment and Post-judgment interest.</u>

Plaintiff seeks recovery of prejudgment and post-judgment interest at the maximum rate permitted by law.

6.   <u>REQUEST FOR DISCLOSURE</u>

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are requested to disclose, within fifty (50) days of service of this request the information or material described in Texas Rules of Civil Procedure Rule 194.2(a)-(l).

7.   <u>REQUEST FOR ADMISSION:</u>

Pursuant to Rule 198 of the Texas Rules of Civil Procedure, Plaintiff requests that you make the following admission of facts for the purposes of this action only. The responses to the Request for Admissions shall be made on or before the expiration of fifty (50) days from receipt.  Please admit or deny the following:

NO. 1: That the account made the basis of the above entitled numbered suit is just and true.
RESPONSE:

NO. 2: That all offsets, credits and payments have been allowed by COPELAND EQUIPMENT PARTS, INC. to EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION.
RESPONSE:

NO. 3: That after allowing all offsets, credits and payments, there is a balance due and owing of **$93,082.31** to COPELAND EQUIPMENT PARTS, INC. by EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION.
RESPONSE:

NO. 4: That the reasonable and customary value for the services rendered by COPELAND EQUIPMENT PARTS, INC. to EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION is **$93,082.31**.
RESPONSE:

NO. 5: EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION agreed to pay the prices stated in the account for the items or services described in said account.
RESPONSE:

NO. 6: The prices reflected in the account were reasonable for the items or services therein described.
RESPONSE:

NO. 7: EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION promised to pay COPELAND EQUIPMENT PARTS, INC. **$93,082.31** for the account.
RESPONSE:

NO. 8: EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION has failed to pay the account.
RESPONSE:

NO. 9: EMMERT INDUSTRIAL CORPORATION DBA EMMERT INTERNATIONAL CORPORATION received the invoices attached to COPELAND EQUIPMENT PARTS, INC.'s most recent Petition on or about the date of each respective invoice.
RESPONSE:

8.    **PRAYER.**

Plaintiff requests that Defendant be cited to appear and file answer; that upon final hearing, Plaintiff have judgment against Defendant for its debt, prejudgment interest and post judgment interest at the maximum rate permitted by law and costs, that Judgment be rendered in favor of Plaintiff's law firm Patterson, Boyd & Lowery, P.C. against Defendant

for reasonable attorney fees; and that Plaintiff have such other and further relief to which it may show itself justly entitled.

RESPECTFULLY SUBMITTED,

PATTERSON, BOYD & LOWERY, P.C.

BY: _____
WILLIAM C. BOYD
T/B/A  02779000
2101 Louisiana
Houston, Texas 77002
Phone:        713-222-0351
Fax:           713-759-0642

Attorneys for Plaintiff,
COPELAND EQUIPMENT PARTS, INC.

## PATTERSON, BOYD & LOWERY, P.C.
2101 Louisiana Street
Houston, Texas 77002
(713) 222-0351

STATE OF ___TX___                    §

COUNTY OF ___Harris___               §

BEFORE ME, the undersigned authority, on this day personally appeared
___Randy J. Walker___, who, being by me duly sworn, states on oath
that _____ he is
<span style="font-size:small">(Name of person making affidavit)</span>

1.  An individual trading as _____
                                    <span style="font-size:small">(Trade Style if used - otherwise owner's name)</span>

2.  Agent of _____, a co-partnership,
                      <span style="font-size:small">(Name of firm)</span>
    composed of _____
    <span style="font-size:small">(Name of partners)</span>
    and that _____ is duly qualified and authorized to make this affidavit.

3.  Agent of ___Copeland Equipment Parts Inc___, a corporation,
                      <span style="font-size:small">(Name of corporation)</span>
    duly incorporated and existing under and by virtue of the laws of the State of
    ___Texas___, with its principal office and domicile in the City of
    ___Houston___, County of ___Harris___, and State
    of ___Texas___, and is duly qualified and authorized to make this
    affidavit.

4   That the foregoing and annexed account, claim, and cause of action in favor of
    ___Copeland Equipment Parts Inc___
    and against ___Emmert International Corp___
    in the sum of $93082.31/oc _____ Dollars is
    within the personal knowledge of Affiant just and true, and that it is due and that all
    just and lawful offsets, payments and credits have been allowed.

5.  That the Affiant is the duly authorized custodian of the books and records pertaining
    to this account; that such books and records of account were kept in the regular course
    of business as permanent records of the business; and that the entries on said records
    were made by an employee at or about the dates reflected on said records and who had
    personal knowledge of said transactions.

                                    ___Randy Joe Walker___

SUBSCRIBED AND SWORN TO, BEFORE ME, this ___12___ day of ___November___ 2001.

                                    _____
                                    NOTARY PUBLIC IN AND FOR
                                    STATE OF ___Texas___

WILLIAM C. BOYD
Notary Public, State of Texas
My Commission Expires 05/03/2009

*If an individual, omit paragraphs 2 and 3; if a co-partnership, omit paragraphs 1 and 3; if a corporation, omit paragraphs 1 and 2.

# Statement

**EMMERT INTERNATIONAL**
11811 S.E. HIGHWAY 212

CLACKMAS        OR        97015
USA

| | **Customer ID:** | 5898 |
|---|---|---|
| **For Period:** | 7/1/2008 **to** 11/30/2008 | |
| **Balance Forward:** | $0.00 | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 7/1/2008 | ORD: 1077 | $1,876.88 | $0.00 |
| 7/28/2008 | ORD: 1125 | $2,414.48 | $0.00 |
| 7/28/2008 | PMT: Check: made 7/28/2008 | $0.00 | $1,876.88 |
| 7/30/2008 | ORD: 1145 | $129,161.17 | $0.00 |
| 7/30/2008 | PMT: Other:WIRE TRANSFER made 7/29/2008 | $0.00 | $75,000.00 |
| 8/1/2008 | ORD: 1161 | $18,232.50 | $0.00 |
| 8/11/2008 | ORD: 1191 | $5,362.50 | $0.00 |
| 8/15/2008 | PMT: Other:WIRE TRANSFER made 8/15/2008 | $0.00 | $5,362.50 |
| 8/15/2008 | PMT: Other:WIRE TRANSFER made 8/15/2008 | $0.00 | $2,414.48 |
| 8/15/2008 | PMT: Other:WIRE TRANSFER made 8/15/2008 | $0.00 | $54,161.17 |
| 8/15/2008 | PMT: Other:WIRE TRANSFER made 8/15/2008 | $0.00 | $18,232.50 |
| 8/21/2008 | PMT: Other:WIRE TRANSFER made 8/15/2008 | $0.00 | $11,479.64 |
| 8/21/2008 | ORD: 1188 | $105,992.44 | $0.00 |
| 8/29/2008 | PMT: Other:wire transfer made 8/28/2008 | $0.00 | $91,650.29 |
| 9/5/2008 | ORD: 1268 | $1,072.50 | $0.00 |
| 10/1/2008 | ORD: 1303 | $190,250.26 | $0.00 |
| 10/31/2008 | PMT: Other:WIRE TRANSFER made 10/10/2008 | $0.00 | $100,000.00 |
| 11/3/2008 | ORD: 1370 | $93,987.84 | $0.00 |
| 11/5/2008 | PMT: Other:WIRE TRANSFER made 11/4/2008 | $0.00 | $90,250.26 |
| 11/5/2008 | PMT: Other:WIRE TRANSFER made 11/4/2008 | $0.00 | $1,072.50 |
| 11/5/2008 | PMT: Other:WIRE TRANSFER made 11/4/2008 | $0.00 | $2,862.51 |
| 11/7/2008 | ORD: 1471 | ($905.53) | $0.00 |
| | **Transaction Totals:** | **$547,445.04** | **$454,362.73** |
| | **Amount Due:** | **$93,082.31** | |

*TERMS: Net 30 Days. Past due invoices will bear interest at maximum legal rate.*

*Returns: No Returns after ten (10) days.*

Invoice No 1370

Date: 09-Oct-08

# Copeland Equipment Parts, Inc.
9000 Emmott Suite A - Houston, TX - 77040
(713) 856-0080 - Fax (713) 856-0081 - (866) 896-7148

Sold To: EMMERT INTERNATIONAL
11811 S.E. HIGHWAY 212

CLACKMAS OR 97015
USA

Ship To: Will Call
7200 Ertel

Houston TX 77040
USA

| Ordered By | MARK | Date Ordered | 09-Oct-08 | Salesman | WALKER R. J. | Telephone | 503-655-7191 |
|---|---|---|---|---|---|---|---|

Customer P.O.# C020590     Control No:     Ship Via: CUSTOMER P-U

Notes to Customer:     ProNum:

***ALL EQUIPMENT AND PARTS ARE SOLD WITHOUT WARRANTY IN AN "AS IS, WHERE IS" CONDITION UNLESS OTHERWISE STATED ON THIS INVOICE.   ALL RETURNED PARTS SUBJECT TO A 20% RESTOCKING FEE.***

*All manufacturers names, numbers, symbols and descriptions are used for reference purposes only, and it does not imply that any part listed is the product of these manufacturers.*

| Quantity Ordered | Quantity Shipped | Back Order | Part Number | Description | Code | Type | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 44 | 44 | 0 | | FLAT WASHER | 102 | U | $0.81 | $35.64 |
| 5 | 5 | 0 | | 8" X 40' WIDE FLANGE BEAM | 102 | U | $316.38 | $1,581.90 |
| 2 | 2 | 0 | | TACH CABLE | 102 | U | $207.00 | $414.00 |
| 32 | 32 | 0 | | ABRSV WHEELS | 102 | U | $9.45 | $302.40 |
| 4 | 4 | 0 | | MUFFLER CLAMPS | 102 | U | $7.50 | $30.00 |
| 4 | 4 | 0 | | 207-62-51310 HOSE | 102 | U | $330.34 | $1,321.36 |
| 6 | 6 | 0 | | HOSE CLAMP | 102 | U | $3.86 | $23.16 |
| 2 | 2 | 0 | | PIPE REDUCER | 102 | U | $5.24 | $10.48 |
| 4 | 4 | 0 | | 7/8 HOSE WATER | 102 | U | $10.15 | $40.60 |
| 1 | 1 | 0 | | 1/2 X 48 X 96 STEEL PLATE | 102 | U | $731.59 | $731.59 |
| 1 | 1 | 0 | | 10" CHANNEL | 102 | U | $428.18 | $428.18 |
| 1 | 1 | 0 | | 3/8 PLATE STEEL | 102 | U | $212.18 | $212.18 |
| 5 | 5 | 0 | | 2" ANGLE | 102 | U | $84.25 | $421.25 |
| 44 | 44 | 0 | | 10.9 METRIC BOLTS | 102 | U | $8.22 | $361.68 |
| 2 | 2 | 0 | | 4" X 20' CHANNEL | 102 | U | $129.69 | $259.38 |
| 1 | 1 | 0 | | RADIATOR HOSE | 102 | U | $186.41 | $186.41 |
| 1046 | 1046 | 0 | | MILLAGE 2 TRUCKS 523 MILES EACH | 102 | U | $2.50 | $2,615.00 |
| 2 | 2 | 0 | | RD1912-30 VALVE | 102 | U | $342.92 | $685.84 |

Rec'd By:

www.copelandinc.com     sales@copelandinc.com

*TERMS: Net 30 Days. Past due invoices will bear interest at maximum legal rate.*

**Returns: No Returns after ten (10) days.**

Invoice No 1471

Date:     07-Nov-08

# Copeland Equipment Parts, Inc.

9000 Emmott Suite A - Houston, TX - 77040
(713) 856-0080 - Fax (713) 856-0081 - (866) 896-7148

Sold To: EMMERT INTERNATIONAL
11811 S.E. HIGHWAY 212

CLACKMAS OR  97015
USA

Ship To: Will Call
7200 Ertel

Houston TX  77040
USA

| Ordered By | DAVE FISHER | Date Ordered | 07-Nov-08 | Salesman | WALKER R. J. | Telephone | 503-655-7191 |

Customer P.O.#  VERBAL

Control No:

Ship Via: CUSTOMER P-U

ProNum:

Notes to Customer:

---

**\*\*\*ALL EQUIPMENT AND PARTS ARE SOLD WITHOUT WARRANTY IN AN "AS IS, WHERE IS" CONDITION UNLESS OTHERWISE STATED ON THIS INVOICE.   ALL RETURNED PARTS SUBJECT TO A 20% RESTOCKING FEE.\*\*\***

*All manufacturers names, numbers, symbols and descriptions are used for reference purposes only, and it does not imply that any part listed is the product of these manufacturers.*

| Quantity Ordered | Quantity Shipped | Back Order | Part Number | Description | Code | Type | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | | II GA. SS PERFORATED METAL GRILL | 102 | N | $1,650.00 | $3,300.00 |
| 2 | -2 | 0 | | PBFB-KAN-B2J VALVE | 102 | N | $421.74 | ($843.48) |
| 1046 | -1046 | 0 | | MILLAGE | 102 | N | $2.50 | ($2,615.00) |
| 2 | -2 | 0 | | RD1912-30 VALVE | 102 | N | $342.92 | ($685.84) |

☑ Applicable Sales Tax Applies
☐ Out of State Sale, Hauled by Common Carrier
☐ Sales and Use Tax Exempt
☐ Arizona Taxation Applies
**PAYMENT:**                    C.O.D.

SUB-TOTAL: ($844.32)

Tax Rate:  7.25%     TAX: ($61.21)

FREIGHT: Collect

**TOTAL:** ($905.53) US

Rec'd By:

**www.copelandinc.com**                    **sales@copelandinc.com**

# Copeland Equipment Parts, Inc.

9000 Emmott Suite A. Houston, Texas 77040
(713) 856-0080 - Fax (713) 856-0081 - (866) 896-7148

# Statement

**EMMERT INTERNATIONAL**
11811 S.E. HIGHWAY 212

**Customer ID:**    5898
Wednesday, November 12, 200

CLACKMAS    OR    97015
USA

| Inv No | Date | Amount | Date Due | Amt Paid | Amt Due |
|--------|------|--------|----------|----------|---------|
| 1370 | 10/9/2008 | 93,987.84 | 11/8/2008 | $0.00 | $93,987.84 |
| 1471 | 11/7/2008 | ($905.53) | 12/7/2008 | $0.00 | ($905.53) |
| | | **$93,082.31** | | **$0.00** | **$93,082.31** |

RECEIPT NUMBER  1186        0.00
TRACKING NUMBER  72370832      ATY

CAUSE NUMBER  200903052

| PLAINTIFF: | COPELAND EQUIPMENT PARTS INC | In The  280th |
| vs. | | Judicial District Court of |
| DEFENDANT: | EMMERT INDUSTRIAL CORPORATION  DBA EMMERT INTERNAT | Harris County, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

Delivered 2/11 /09
By
Sizemore & Associates

EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNATIOANL CORPORATION)
BY SERVING ITS REGISTERED AGENT CHRISTOPHER R WARD

901 MAIN STREET STE #4400  DALLAS TX 752023729

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION REQUESTS FOR ADMISSIONS AND DISCLOSURE  .

This instrument was filed on the ___16th___ day of ___January___, 20 _09_, in the
above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___20th___ day of
___January___, 20 _09_.

Issued at request of:
BOYD, WILLIAM CLARK
2101 LOUISIANA
HOUSTON, TX 77002
Tel: (713) 222-0351
Bar Number:  2779000

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: DOZIER, ANGELLIA P   Y9V/KII/830714

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the __10__ day of _February_, 20 _09_, at_5 20_ o'clock _P_.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
                                                        (street address)                    (city)
in _____ County, Texas on the _____ day of _____, 20 ____, at _____ o'clock ___. M.,
by delivering to _____, by delivering to its
                          (the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
                                                        (description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____.
                                          (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20 ____.
FEE: $ _____          By: _____
                                        (signature of officer)
                            Printed Name: _____

_____          As Deputy for: _____
Affiant Other Than Officer                        (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT C/TC P

EXHIBIT 1-B



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

Home | Help | Faqs | Manuals
Main Menu | Party Search | Attorney Search | Bar # Search | Case # Search | Docket Search | Date Search |
Tax Search

## Chronological Case History

| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number | 200903052 | Case Type | CONTRACT | | | | | |
| File Court | 280 | Case status | ACTIVE | Jury Fee Paid Date | N/A | | File Date | 01/16/2009 |
| Current Court | 280 | Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | | | |
| Judgment For | N/A | | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs | -- |

| Date | Event Type | Description |
|---|---|---|
| 02/11/2009 | SERVICE | **PERSON SERVED:** EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNATIOANL CORPORATION) **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** ORIGINAL PETITION |
| 01/16/2009 | DOCUMENT | ORIGINAL PETITION **ATTORNEY:** BOYD, WILLIAM CLARK |

Main Menu          Case Summary

**Subscriber Access Coordinator**

EXHIBIT 1-C



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

Home | Help | Faqs | Manuals
Main Menu | Party Search | Attorney Search | Bar # Search | Case # Search | Docket Search | Date Search |
Tax Search

## Case Setting History

| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | | | | | |
|---|---|---|---|---|---|---|
| Case Number | 200903052 | Case Type | CONTRACT | | | |
| File Court | 280 | Case status | ACTIVE | **Jury Fee Paid Date** N/A | **File Date** | 01/16/2009 |
| Current Court | 280 | Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | |
| Judgment For | N/A | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # -- Pgs -- |

| Date | Time | Court | Docket Name | Party Requesting | Setting Reason | Results |
|---|---|---|---|---|---|---|
| *** NO SETTING RECORDS FOUND FOR CASE *** | | | | | | |

Main Menu          Case Summary

**Subscriber Access Coordinator**



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

## Party Information-Summary

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNATIONAL CORPORATION) | | | | | | | | |
| Case Number | 200903052 | Case Type | CONTRACT | | | | | | |
| Case Status | ACTIVE | Current Court | 280 | File Court | 280 | | | | |
| Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | Plaintiffs | 1 | Defendants | | 2 | |
| Judgment For | N/A | | | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs | -- |

**Summary list of parties connected to this case:**

| Name | Connection | Party Status | Associated Attorney |
|---|---|---|---|
| COPELAND EQUIPMENT PARTS INC | PLAINTIFF | N/A | BOYD, WILLIAM CLARK |
| EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNATIOANL CORPORATION) | REGISTERED AGENT | N/A | N/A |
| EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNATIONAL CORPORATION) | DEFENDANT | N/A | N/A |
| EMMERT INTERNATIONAL CORPORATION | DEFENDANT | N/A | N/A |

[ Main Menu ]          [ Case Summary ]

**Subscriber Access Coordinator**



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

Home | Help | Faqs | Manuals

Main Menu | Party Search | Attorney Search | Bar # Search | Case # Search | Docket Search | Date Search | Tax Search

## Service Summary

| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number | 200903052 | Case Type | CONTRACT | | | | |
| File Court | 280 | Case status | ACTIVE | Jury Fee Paid Date | N/A | File Date | 01/16/2009 |
| Current Court | 280 | Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | | |
| Judgment For | N/A | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs | -- |

| Date Served | Party Being Served | Service Type | Service Status |
|---|---|---|---|
| 02/11/2009 | EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | CITATION CORPORATE | SERVICE RETURN/EXECUTED |

Main Menu      Case Summary

**Subscriber Access Coordinator**



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

### Home | Help | Faqs | Manuals
**Main Menu | Party Search | Attorney Search | Bar # Search | Case # Search | Docket Search | Date Search | Tax Search**

## Case Notices

| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number | 200903052 | Case Type | CONTRACT | | | | | |
| File Court | 280 | Case status | ACTIVE | Jury Fee Paid Date | N/A | | File Date | 01/16/2009 |
| Current Court | 280 | Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | | | |
| Judgment For | N/A | | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs | -- |

| Notice Date | Activity Date | Description | Connection to Case | Name, Address & Phone |
|---|---|---|---|---|
| *** NO NOTICES FOUND FOR CASE *** | | | | |

Main Menu            Case Summary

**Subscriber Access Coordinator**



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

**Home** | **Help** | **Faqs** | **Manuals**
**Main Menu** | **Party Search** | **Attorney Search** | **Bar # Search** | **Case # Search** | **Docket Search** | **Date Search** |
**Tax Search**

## Consolidated Case Listing

| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number | 200903052 | Case Type | CONTRACT | | | | | |
| File Court | 280 | Case status | ACTIVE | Jury Fee Paid Date | N/A | | File Date | 01/16/2009 |
| Current Court | 280 | Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | | | |
| Judgment For | N/A | | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs -- |

| Adjunct Case Number | Consolidation Date | Deconsolidation Date |
|---|---|---|
| *** NO CONSOLIDATION RECORDS FOUND FOR CASE *** | | |

Main Menu        Case Summary

**Subscriber Access Coordinator**



**HARRIS COUNTY, TEXAS**
Online Public Records

Civil District Courts &
Family District Courts

**Home** | **Help** | **Faqs** | **Manuals**
**Main Menu** | **Party Search** | **Attorney Search** | **Bar # Search** | **Case # Search** | **Docket Search** | **Date Search** |
**Tax Search**

## Microfilmed/Imaged Court Orders

| Style | COPELAND EQUIPMENT PARTS INC VS. EMMERT INDUSTRIAL CORPORATION (DBA EMMERT INTERNAT | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number | 200903052 | Case Type | CONTRACT | | | | |
| File Court | 280 | Case status | ACTIVE | Jury Fee Paid Date | N/A | File Date | 01/16/2009 |
| Current Court | 280 | Next Setting | N/A | File Location | CENTRAL INTAKE 1ST | | |
| Judgment For | N/A | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs | -- |

| Date Signed | Activity | Image # | Volume | Page | #Pages | Order Type | Sealed/General |
|---|---|---|---|---|---|---|---|
| *** NO MICROFILMED/IMAGED ORDERS FOUND FOR CASE *** | | | | | | | |

Main Menu          Case Summary

**Subscriber Access Coordinator**

Christopher R. Ward
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas  75202
PH:  214.651.4722
FAX:  214.659.4108


Attorneys for Defendant Emmert Industrial Corp. d/b/a Emmert International


William C. Boyd
Patterson, Boyd & Lowery, P.C.
2101 Louisiana
Houston, Texas 77001
PH:  713.222.0351
FAX:  713.759.0642

Attorneys for Plaintiff Copeland Equipment Parts, Inc.

EXHIBIT 1-D

2715186.1/SP/31297/0112/030609